IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | No. 24-mc-3 |
| ) | |
| ) | |
| TWO THOUSAND, FOUR HUNDRED ) | |
| TWENTY DOLLARS IN U.S. CURRENCY, ) | |
| ) | |

**MOTION FOR RELEASE OF FUNDS TO THE INVESTIGATIVE AGENCY**

Comes Now, the United States of America, and files this motion for an order from the Court directing the United States Marshals to release $2,420.00 in United States Currency seized by the Waterloo Police Department from Nathaniel Matlock on October 27, 2023, to the Waterloo Police Department to retain during the pendency of state civil forfeiture proceedings. In support thereof, the United States states as follows:

1. On October 27, 2023, Nathaniel Matlock was the driver of a vehicle that was stopped by officers of the Waterloo Police Department, At the time of the stop, Matlock was serving a term of supervised release following his conviction in *United States v. Matlock*, 16-CR-2042, for Possession of a Firearm by a Felon in violation of 18 U.S.C. Sections (922(g)(1) and 924(a)(2).

2. Officers seized $2,420.00 in United States currency from Matlock as proceeds from the sale of controlled substances. Matlock plead guilty to the D felony, Possession with Intent to Distribute Marijuana and Possession of Contraband in a Correctional Facility (D Felony) in Iowa State Court on February

9, 2024. (FECR253422 – Black Hawk County).

3. Once the $2,420.00 became into the possession of the FBI, the money was converted to a cashier's check and forwarded to the Office of the United States Marshal to be retained until federal forfeiture of the $2,420.00 or further order of the Court.

4. Pursuant to 18 U.S.C. Sections 981 and 983, the FBI began administrative forfeiture proceedings on the $2,420.00 seized in this case and sent notice to Matlock, directing him to file a claim as to the proceeds in possession of the FBI. Matlock did file a timely claim to the money. FBI has referred the matter to the United States Attorney in the Northern District of Iowa for filing a federal civil forfeiture complaint pursuant to 18 U.S.C. Section 983(a)(3)(A).

5. The United States has been informed the State of Iowa has begun state judicial forfeiture proceedings on the $2,420.00 seized. Matlock will be afforded the opportunity to make his claim in those state proceedings to challenge the forfeiture of the $2,420.00.

6. The United States is taking no additional action at this time and requests this Court enter an order directing the United States Marshal to release the $2,420.00 to the investigative agency, Waterloo, Iowa, Police Department, to retain while the Iowa state court civil forfeiture action is proceeding.

7. No additional action is needed in federal court on this matter as the forfeiture of the $2,420.00 will be adjudicated in the District Court for the State of Iowa.

8. The Office of the United States Marshal has requested an order directing them to release the $2,420.00 to the Waterloo Police Department to be retained pending further state court orders.

9. A proposed order has been forwarded to the Court for the Court's consideration.

Wherefore, the United States of America, respectfully requests an order from the Court directing the United States Marshals to release $2,420.00 in United States Currency seized by the Waterloo Police Department from Nathaniel Matlock on October 27, 2023 to the Waterloo Police Department to retain during the pendency of state civil forfeiture proceedings.

CERTIFICATE OF SERVICE
I hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY
By: /s/ B. Kilburg

Respectfully submitted,

TIMOTHY T. DUAX
UNITED STATES ATTORNEY

By: */s/ Martin J. McLaughlin*
MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 – 7TH Avenue SE
Cedar Rapids, IA 52401
(319) 363-6333/(319) 363-1990 - fax
Marty.McLaughlin@usdoj.gov